# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LUKELY RILEY,

    Plaintiff,

v.                           Case No. 4:18cv531-MW/CAS

GOVERNOR RICK SCOTT
and
JULIE L. JONES,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 46, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 49. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint, ECF No. 45, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C § 1915(e)(2). Plaintiff's motion for a temporary restraining order, ECF No. 3, is **DENIED**. The

1

Clerk shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on July 2, 2019.**

                                        <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**